UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ULANDA H. BROWN | * | CIVIL ACTION |
| | * | |
| | * | NUMBER: |
| v. | * | |
| | * | JUDGE: |
| CATALYST HANDLING RESOURCES, LLC | * | |
| ZURICH AMERICAN INSURANCE COMPANY | * | MAG: |
| AND DAVID ALONZO | * | |
| | * | |

*****************************************************************************

## **REMOVAL**

NOW INTO COURT, come the defendants, CATALYST HANDLING RESOURCES, LLC (Catalyst) ZURICH AMERICAN INSURANCE COMPANY (Zurich) and DAVID ALONZO, who respectfully notice the removal of the above-entitled cause from the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, to the United States District Court for the Middle District of Louisiana, on the following grounds, to wit.

I.

The present action was originally instituted in the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, on, July 19, 2022 under civil action number C-13453, Division A. (Exhibit 1 - Petition for Damages).

II.

This personal injury lawsuit arises out of a motor vehicle accident on March 22, 2022.

III.

The plaintiff named the following parties as defendants:

A.  CATALYST HANDLING RESOURCES, LLC

B.  ZURICH AMERICAN INSURANCE COMPANY, and

C.  DAVID ALONZO.

IV.

The defendants were served as follows:

A.  CATALYST HANDLING RESOURCES, LLC, was served through CT Corp. on August 5, 2022.

B.  ZURICH AMERICAN INSURANCE COMPANY was served through the Louisiana Secretary of State on August 5, 2022, and

C.  DAVID ALONZO was served via long arm on or about August 16, 2022.

V.

The Plaintiff is a citizen of the State of Louisiana as evidenced by the first introductory paragraph of the Petition for Damages (See Exhibit 1).

VI.

The domiciles for the named defendants are as follows:

A. CATALYST HANDLING RESOURCES, LLC is a Texas Limited Liability Corporation (LLC) with its principal place of business in Texas. There are only two members in the LLC--Richard Visscher and John Wooten, who are both domiciled in Texas.

B. ZURICH AMERICAN INSURANCE COMPANY is incorporated in the State of Illinois with its principal place of business in the State of Illinois, and

C. DAVID ALONZO is a person of the full age of majority who is domiciled in Texas.

VII.

Defendants asserts that there is complete diversity as all named defendants are from different states than the plaintiff.

VIII.

The plaintiff has indicated, "Plaintiff's claim equals or exceeds the amount in controversy required for jurisdiction under 28 USC Code 1332." (Exhibit 1 - Petition for Damages at paragraph 8.) In an abundance of precaution, we note the plaintiff has incurred $21,807.87 in past medical expenses with a recommendation for a shoulder surgery with the plaintiff agreeing she wanted to undergo the shoulder surgery. The general damages value of a shoulder surgery is in the $50,000 to $75,000 range if she has the surgery. (See: Worsham v Hetrick, 34,206 (La. App. 2nd Cir. 2/7/01);777 So2d 1280 ; **$75,000**- Younce v Pacific Gulf Marine, Inc. 01-546 (La. App. 5th Cir. 4/10/02); 817 So2d 255; Butcher v Mount Airy Ins. Co., 99-103 (La. App. 3rd Cir. 6/2/990; 741 So2d 745 (55-year-old man with rotator cuff surgery.); Ibrahim v. Hawkins, 845 So.2d 471 (La App. 1st Cir. 2003)) The plaintiff also claims neck and back injuries. We have medical records and bills that can be provided upon request, that are not attached for medical confidentiality reasons.)

IX.

This request for removal is timely as it was filed within thirty days of the lawsuit being served on the defendants.

X.

This case is removable pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441(a), in that the parties are completely diverse and the amount in controversy in the premises, more probably than not, could exceed the sum of $75,000.00, exclusive of interest and court costs.

XI.

All of the defendants have authorized the removal of this matter.

XII.

Attached to this Notice, in accordance with §446, is the Notice served by the defendants on opposing counsel and the state court to advise them of this removal. (Exhibit 2)

XIII.

A certified copy of the Petition for Damages and all other pleadings filed in the State Court proceeding is attached.  (Exhibit 3)

**WHEREFORE**, defendants, CATALYST HANDLING RESOURCES, LLC, ZURICH AMERICAN INSURANCE COMPANY and DAVID ALONZO, notice the removal of the action described above.

      Respectfully submitted,

      COMEAUX & GRACE

      /s/ Patrick C. Grace_____
      PATRICK C. GRACE (#16944)
      Suite 1060, One Lakeway Center
      3900 North Causeway Boulevard
      Metairie, Louisiana  70002
      Telephone:  (504) 219-2012
      Facsimile:  (504) 837-9508
      Email:  Patrick.Grace@zurichna.com

## **CERTIFICATE OF SERVICE**

    I do hereby certify that I have on this 31st day of August, 2022 served a copy of the foregoing pleading on counsel for all parties to this proceeding by U.S. Mail, postage prepaid, by facsimile or by email.

      /s/ Patrick C. Grace_____