**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**ULANDA H. BROWN**                              **CIVIL ACTION NO: 3:22-CV-606**

**VERSUS**                                       **JUDGE BRIAN A. JACKSON**

**CATALYST HANDLING RESOURCES, LLC**   **MAG. JUDGE SCOTT D. JOHNSON**
**ZURICH AMERICAN INSURANCE**
**COMPANY AND DAVID ALONZO**

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Ulanda H. Brown, hereby notifies the Court that the parties have reached a settlement in this case. Counsel for the parties are in the process of preparing and finalizing a Settlement Agreement and Stipulated Dismissal. The parties intend to file the Dismissal as soon as practical. Accordingly, Plaintiff respectfully requests that the Court vacate all deadlines, hearing dates, and the trial date that are currently pending.

Plaintiff is filing this Notice with Defendants' approval and permission.

Respectfully Submitted,

MORRIS & DEWETT, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th of November 2023, a copy of the foregoing was served on all counsel via the court's CM/ECF System.

_____/s/ Josh L. Powell___
COUNSEL FOR PLAINTIFF

By:    ___/s/ Josh L. Powell_____
JOSH L. POWELL (#38378)
509 Milam St.
Shreveport, LA 71101
(318) 221-1507 – Telephone
(318) 221-4560 – Facsimile
jpowell@morrisdewett.com
ATTORNEY FOR PLAINTIFF