## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

ULANDA H. BROWN                                    CIVIL ACTION

VERSUS

CATALYST HANDLING                          NO. 22-00606-BAJ-SDJ
RESOURCES, LLC. ET AL.

### JUDGMENT

Considering the parties' **Joint Stipulation Of Dismissal With Prejudice (Doc. 28)**, which is signed by counsel for all remaining parties and dismisses the above-captioned action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs, expenses, and fees.

Baton Rouge, Louisiana, this 25th day of January, 2024

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

Jury